UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TENIKA WILLIAMS,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>    Defendant. | CASE NO. 11-cv-05425-RBL-JRC<br><br>REPORT AND RECOMMENDATION ON STIPULATED MOTION FOR REMAND |

This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4), and as authorized by <u>Mathews, Secretary of H.E.W. v. Weber</u>, 423 U.S. 261 (1976). This matter is before the Court on Defendant's stipulated motion to remand the matter to the Commissioner for further administrative proceedings. (ECF No. 16.)

After reviewing Defendant's stipulated motion and the relevant record, the undersigned recommends that the Court grant Defendant's motion, and reverse and remand this matter to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g).

Following remand, based on the parties' stipulation, this Court recommends that the above-captioned case be reversed and remanded to the Commissioner for further administrative proceedings, including, but not limited to, the following actions:

    The Administrative Law Judge (the "ALJ") should consider further whether or not Plaintiff's work activity in 2008 constituted substantial gainful activity;

    The ALJ should consider further the severity of Plaintiff's impairments;

    The ALJ should evaluate further the opinions of Dr. Dixon (Tr. 299-305) and Dr. Robinson (Tr. 322-325), and the ALJ should evaluate Dr. Turner's opinion (Tr. 326-333, 501);

    The ALJ should obtain updated medical evidence from Plaintiff's treating source(s), and, if necessary, the ALJ should obtain consultative examination(s); and,

    The ALJ should offer Plaintiff an opportunity to submit additional evidence and to have a hearing; and, if necessary, the ALJ should obtain evidence from a vocational expert.

Given the facts and the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and order that the case be **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

**JUDGMENT** should be for plaintiff, and the case should be closed.

Dated this 18th day of November, 2011.

J. Richard Creatura
United States Magistrate Judge