UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TENIKA WILLIAMS,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>　　　　　　　　Defendant. | CASE NO. 11-cv-05425 RBL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, on the Defendant's Stipulated Motion for Remand (ECF No. 16), and the remaining record, does hereby find and ORDER:

　　(1)　The Court adopts the Report and Recommendation;

　　(2)　The matter is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g). to the Administration for further consideration; and

　　(3)　The Clerk is directed to enter Judgment and close this case.

DATED this 21st day of November, 2011.

　　　　　　　　　　　　　　　　　／s／ Ronald B. Leighton
　　　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER - 1