# United States District Court

WESTERN DISTRICT OF WASHINGTON

TENIKA WILLIAMS

**JUDGMENT IN A CIVIL CASE**

v.

MICHAEL J. ASTRUE, Commissioner of
   Social Security Administration

CASE NUMBER: C11-5425RBL

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation.

The matter is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g), to the Administration for further consideration; and

The Clerk is directed to enter Judgment and close this case.

| | |
|---|---|
|   November 22, 2011 |     WILLIAM M. McCOOL |
| Date | Clerk |
| | |
| |     *s/CM Gonzalez* |
| | Deputy Clerk |