AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# United States District Court

WESTERN DISTRICT OF WASHINGTON

TENIKA WILLIAMS

            v.

MICHAEL J. ASTRUE, Commissioner of
   Social Security Administration

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C11-5425RBL

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation.

The matter is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g), to the Administration for further consideration; and

The Clerk is directed to enter Judgment and close this case.

  November 22, 2011                                                WILLIAM M. McCOOL
Date                                                                          Clerk

                                                                             *s/CM Gonzalez*
                                                                             Deputy Clerk